## KIPLINGER v ARMSTRONG et

*Ohio Appeals, 9th Dist, Summit Co*
*No 1714. Decided Feb 19, 1930*

Slabuagh, Seiberling, Huber & Guinther, Akron, for Plaintiff, and defendants Olive T. Armstrong, Chester A. Irish, Harry A. Irish, Miles J. Irish and Eva May Conley.

Myers & Dinsmore, Akron for defendants Gerald Kiplinger and the heirs of Flossie Lehman.

Musser, Kimber & Huffman, Akron, for defendant Stella J. Kiplinger Taylor.

Funk, PJ and Washburn, J concur.

Full opinion will be published later. Watch **Omnibus Index.**

## Ohio Common Pleas